# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

12/30/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 2:42:24 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
       CHRIS DANIEL, DISTRICT CLERK
       HARRIS COUNTY, TEXAS

CASE NO:   2013-72417     COURT:   281ST     TENTATIVE DUE DATE:   1/24/2016

APPEAL TYPE    ACCELERATED                CASE STATUS:   READY DOCKET

APPELLANT:     JUAN LORENZO GONZALEZ AND MALISSA MOORE, INDIVIDUALLY AND AS NEXT FRIEND OF JUAN GONZALEZ, JOSE GONZALEZ, JESUS GONZALEZ AND AIDAN GONZALEZ, MINORS

APPELLEE:     REGULATORY CONSULTANTS, INC.

EVENT FILE DATE    12/23/2015     NUMBER OF DAYS: 60

EVENT CODES;   D, OA

FILED BY:   **CAJ BOATRIGHT**           TBN:    **24036237**

DATE ORDER SIGNED    11/25/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:   68018152     VOLUME:         PAGE:

MOTION FOR NEW TRIAL FILING DATE:    : NONE

NOTES:     Notice of Appeal does not mention this to be accelerated.

**CHRIS DANIEL**
**Harris County, District Clerk**

By:  **/s/DUANE C. GILMORE**
           DUANE C. GILMORE, Deputy

| | |
|---|---|
| BC | NOTICE OF APPEAL FILED |
| BG | NOTICE OF APPEAL FILED – GOVERNMENT |
| C | JUDGMENT BEING APPEALED |
| D - | ACCELERATED APPEAL |
| OA | NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL |
| O | CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL) |
| NA | AMENDED NOTICE OF APPEAL |
| CR | CROSS-APPEAL |

CAUSE NO. 2013-72417

| | | |
|---|---|---|
| JUAN LORENZO GONZALEZ AND MALISSA MOORE, INDIVIDUALLY AND AS NEXT FRIEND OF JUAN GONZALEZ, JOSE GONZALEZ, JESUS GONZALEZ AND AIDAN GONZALEZ, MINORS | §§§§§§§§§§§ | IN THE DISTRICT COURT OF |
| V. | | HARRIS COUNTY, TEXAS |
| AMERICAN PLANT FOOD CORP. | | 281st JUDICIAL DISTRICT |

## Plaintiff's Notice of Appeal

TO THE HONORABLE JUDGE OF THIS COURT:

Notice is hereby given that Plaintiffs, Juan Lorenzo Gonzalez and Malissa Moore, Individually and As Next Friend of Juan Gonzalez, Jose Gonzalez, Jesus Gonzalez and Aidan Gonzalez, Minors, hereby appeals to the First or Fourteenth Court of Appeals from the Order granting Defendant Regulatory Consultants, Inc.'s Motion for Traditional Summary Judgment entered in this action on the 25th day of November, 2015.

Respectfully Submitted,

ARNOLD & ITKIN LLP

*/s/ Caj Boatright*

_____

Kurt B. Arnold
SBN: 24036150
karnold@arnolditkin.com
Caj D. Boatright
SBN: 24036237
cboatright@arnolditkin.com
Cesar Tavares
SBN: 24093726
ctavares@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Tel: 713.222.3800
Fax: 713.222.3850
**e-service@arnolditkin.com**

**ATTORNEY FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure on this 23rd day of December, 2015.


David Merkley
Sarah Jones
Germer Gertz LLP
333 Clay Street, Suite 4950
Houston, Texas 77002
**Counsel for American Plant Food Corp.**

Robert Ramey
Ramey, Chandler, Quinn & Zrro, PC
750 Bering, Suite 600
Houston, Texas 77057
rlr@ramey-chandler.com
**Counsel for Doyle Equipment Manufacturing Company, Inc.**

Scott Kinzel
Chester J. Makowski
Mary A. Wolter
Plavnicky Kinzel Makowski LLP
5300 Memorial Drive, Suite 675
Houston, Texas 77007
And
Joseph A. Scamardi
David L. Miller
Miller, Scamardi & Carrabba, P.C.
6525 Washington Avenue
Houston, Texas 77007
dmiller@msc-lawyer.com
jscamardi@msc-lawyer.com
**Counsel for Regulatory Consultants, Inc.**


*/s/ Caj Boatright*

_____
Caj D. Boatright

CAUSE NO. 2013-72417

| | | |
|---|---|---|
| GONZALEZ, JUAN LORENZO (INDIVIDUALLY AND, | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff(s),* | § § | |
| vs. | § § | HARRIS COUNTY, TEXAS |
| AMERICAN PLANT FOOD CORPORATION, | § § § | 281st JUDICIAL DISTRICT |
| *Defendant(s).* | § | |

## ORDER ON RCI'S MOTION FOR SUMMARY JUDGMENT

On this day, the Court considered the motion for summary judgment filed by Defendant Regulatory Consultants, Inc. ("RCI") filed on 9/4/2015.

Having considered the motion, response, reply, the pleadings, and the summary judgment evidence, the Court finds that the motion should be granted. It is therefore ORDERED that the motion for summary judgment filed by RCI is granted.

Plaintiffs shall take nothing on their claims against RCI.

Signed November 25, 2015

Hon. SYLVIA A. MATTHEWS
Judge, 281st District Court

CASE NUM: 201372417__ PJN> __ TRANS NUM: _____ CURRENT COURT: 281 PUB? _
CASE TYPE: DAMAGES (ON PREMISES)          CASE STATUS: READY DOCKET
STYLE: GONZALEZ, JUAN LORENZO (INDIVIDUA VS AMERICAN PLANT FOOD CORPORATION
================================================================================
                         **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                          STAT
_      00011-0001 AGT          DOYLE EQUIPMENT MANUFACTURING
_      00009-0001 DEF 16498200 DOYLE EQUIPMENT MANUFACTURING     RAMEY, ROBERT
_      00008-0001 AGT          AMERICAN PLANT FOOD CORPORATIO
_      00007-0001 PLT 24036150 GONZALEZ, AIDAN (A MINOR)         ARNOLD, KURT
_      00006-0001 PLT 24036150 GONZALEZ, JESUS (A MINOR)         ARNOLD, KURT
_      00005-0001 PLT 24036150 GONZALEZ, JOSE (A MINOR)          ARNOLD, KURT
_      00004-0001 PLT 24036150 GONZALEZ, JUAN (A MINOR)          ARNOLD, KURT
_      00003-0001 PLT 24036150 MOORE, MALISSA (INDIVIDUALLY A    ARNOLD, KURT

==> (10) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201372417__ PJN> __ TRANS NUM: _____ CURRENT COURT: 281 PUB? _
CASE TYPE: DAMAGES (ON PREMISES)          CASE STATUS: READY DOCKET
STYLE: GONZALEZ, JUAN LORENZO (INDIVIDUA VS AMERICAN PLANT FOOD CORPORATION
================================================================================
                         **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                          STAT
_      00002-0001 DEF 00798373 AMERICAN PLANT FOOD CORPORATIO    MERKLEY, DAVI
_      00001-0001 PLT 24036150 GONZALEZ, JUAN LORENZO (INDIVI    ARNOLD, KURT


==> (10) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201372417__ PJN> __ TRANS NUM: _____ CURRENT COURT: 281 PUB? _
CASE TYPE: DAMAGES (ON PREMISES)          CASE STATUS: READY DOCKET
STYLE: GONZALEZ, JUAN LORENZO (INDIVIDUA VS AMERICAN PLANT FOOD CORPORATION
================================================================================
                         **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                          STAT
_      00012-0001 AGT          REGULATORY CONSULTANTS INC (KA   D
_      00010-0001 DEF 00785499 REGULATORY CONSULTANTS INC       D  KINZEL, C. SC
_      00010-0001 DPS          REGULATORY CONSULTANTS INC
_      00010-0001 PAD 14067300 MILLER, DAVID LESTER
_      00010-0001 PAD 00785499 KINZEL, C. SCOTT
_      00010-0001 PAD 14067300 MILLER, DAVID LESTER
_      00002-0001 PAD 24008130 TAYLOR, ROBIN KATHLEEN


==> (7) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP